PER CURIAM.
Affirmed. See Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Sweet v. State, 987 So.2d 747 (Fla. 2d DCA 2008); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Shaw v. State, 780 So.2d 188 (Fla. 2d DCA 2001); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Johnson v. State, 917 So.2d 1011 (Fla. 4th DCA 2006); Clayton v. State, 904 So.2d 660 (Fla. 5th DCA 2005); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Mar- *75 tell v. State, 676 So.2d 1030 (Fla. 3d DCA 1996).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.